FILED
18 JAN 22 PM 2:10
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| THOMAS LYNN LANSKY, JR., | Case No. 1:17-CV-2459 |
| Plaintiff, | Judge Dan Aaron Polster |
| vs. | **STIPULATED DISMISSAL ENTRY** |
| ALL-STAR CONTRACTING, et al., | |
| Defendant. | |

The Court held a Case Management Conference January 22, 2018, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____  _____
Attorney for Plaintiff           Attorney for Defendants

**IT IS SO ORDERED.**

_____
**Dan Aaron Polster**
**United States District Judge**